AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS



SUMMONS IN A CIVIL CASE

KELLY M. BRENEISEN

V.

SPECIALIZED LOAN SERVICING LLC;
EQUIFAX INFORMATION SERVICES
LLC AND TRANS UNION LLC.,

CASE NUMBER: 1:20-cv-00036

ASSIGNED JUDGE: Hon. Mary M. Rowland

DESIGNATED
MAGISTRATE JUDGE: Hon. Gabriel A. Fuentes

TO: (Name and address of Defendant)

SPECIALIZED LOAN SERVICING LLC
C/O REGISTERED AGENT
UNITED AGENT GROUP INC.
350 S. NORTHWEST HWY, #300
PARK RIDGE, IL 60068

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph S. Davidson
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*TinaLam*

(By) DEPUTY CLERK



January 7, 2020

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-00036

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kelly Breneisen v Specialized Loan Servicing, LLC
was received by me on *(date)* 01/07/2020.

☐ I personally served the summons on the individual at *(place)* 350 S. Northwest Hwy, #300, Park Ridge, IL
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Christine Isley, who is designated by law to accept service of process on behalf of *(name of organization)*
Specialized Loan Servicing, LLC on *(date)* 01/08/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 01/08/2020

*Server's signature*

Glenn David - Process Server
*Printed name and title*

R.O.S. Consulting, Inc.
23900 W. Industrial Dr. South, Suite 3, Plainfield, IL 60585
117-001339
*Server's address*

Additional information regarding attempted service, etc: